PROB 22
(Rev. 1/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
113G 4:17CR00048

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher McGowan<br>170 Champions Drive<br>York Haven, Pennsylvania 17370 | MD/GA | COLUMBUS |

NAME OF SENTENCING JUDGE
United States District Judge Clay D. Land

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 2/19/2020 | 2/18/2030 |

**OFFENSE**

USE OF FACILITIES IN INTERSTATE AND FOREIGN COMMERCE TO TRANSMIT INFORMATION ABOUT A MINOR - 18 U.S.C. § 2425

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Person under supervision has resided in the Middle District of Pennsylvania since his release from custody and has no plans of moving back to the Middle District of Georgia. He has successfully completed sex offender treatment, has passed all polygraph examinations, and maintains full-time employment as an operations supervisor.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/01/2025
Date

S/Clay D. Land
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/3/2025
Effective Date

/s/ Keli M. Neary
United States District Judge